IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *EUGENE BLACKMON*, | § | |
| TDCJ-ID # 485431, | § | |
|     Plaintiff, | § | |
| | § | |
| *v.* | § | Civil Action No. 2:08-CV-00273 |
| | § | |
| *WARDEN KUKUA et al.,* | § | |
|     Defendants. | § | |

**AGREED NOTICE OF DISMISSAL WITH PREJUDICE**

The parties appearing herein have reached a settlement disposing of all claims brought by Plaintiff against Defendants. Therefore, pursuant to FED. R. CIV. P. 41(a)(1)(ii), it is hereby stipulated by Plaintiff and Defendants that the above entitled action be dismissed with prejudice.

Respectfully Submitted,

/s/ Scott Medlock
Scott Medlock
Texas Bar No. 24044783
Brian McGiverin *(Pro Hac Vice)*
Texas Bar No. 24067760
James C. Harrington
Texas Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, Texas 78741
(512) 474-5073 (phone)
(512) 474-0726 (fax)

Srinivas Behara
State Bar No. 24042902
Andrew Zollinger *(Pro Hac Vice)*
State Bar No. 24063944

DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, Texas 78701
(512) 457-7000 (phone)
(512) 457-7001 (fax)

ATTORNEYS FOR PLAINTIFF

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense Litigation

KAREN D. MATLOCK
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Nadine Phillpotts
NADINE PHILLPOTTS
Assistant Attorney General
State Bar No. 24058045
Southern District Bar No. 939905
P. O. Box 12548, Capitol Station
Austin, Texas 78711
Phone: (512) 463-2080
Fax No. (512) 495-9139

ATTORNEYS FOR DEFENDANTS