CHARLES C. TAYLOR JR. #
Hutchins Unit - 1500 E. Langdon Rd.
Dallas, Texas 75241

Clerk: United States District Court
Southern District of Texas.
1133 North Shoreline, Rm #208
Corpus Christi, Texas 78401

*CLERK, U.S. DISTRICT COURT RECEIVED DEC 15 2014 SOUTHERN DIST. OF TEXAS CORPUS CHRISTI, TEXAS*

December 10, 2014

Re: Blackmon v. Kukua
Civil Action No. CA-08-273 (Southern District)

Dear Clerk:

I am writing to you today to request a copy of the docket sheet from the above case. I appreciate your time and effort in this matter.

Sincerely,

Charles C. Taylor Jr.

cc: file

Charles C. Taylor, Jr #01347897
Hutchins Unit - 1500 East Langdon Rd.
Dallas, Texas 75241.

U.S. DISTRICT COURT
RECEIVED
DEC 15 2014
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

Clerk: United States District Court
Southern District of Texas
1133 North Shoreline, Rm 208
Corpus Christi, Texas. 78401